UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

MICHAEL J. TOMPKINS,                              Case No. DT 06-05983
                                                  Chapter 7
              Debtor.                             Hon. Scott W. Dales
_____/

JAMES W. BOYD,                                    Adversary Proceeding
                                                  No. 07-80373

              Plaintiff,

v.

JAMES A. PETRIE, Trustee of the JAMES A.
PETRIE TRUST,

              Defendant.
_____/

## ORDER REGARDING RULE 52 MOTION

PRESENT:   HONORABLE SCOTT W. DALES
           United States Bankruptcy Judge

For the reasons set forth in the court's Opinion Regarding Rule 52 Motion dated June 7, 2009,

IT IS HEREBY ORDERED that the Plaintiff's Motion and Brief for Amendment of, or Additional, Findings and Conclusions and Amendment of Judgment Pursuant to Fed. R. Bankr. P. 7052, Or In the Alternative, To Alter, Amend, or Grant Relief From Final Judgment Pursuant to Fed R. Bankr. P. 9023 and/or 9024 (DN 52) is DENIED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of the Opinion Regarding Rule 52 Motion and this Order pursuant to Fed. R. Bankr. P.

9022 and LBR 5005-4 upon James W. Boyd, Esq., Jonathan R. Moothart, Esq.,

James A. Petrie, and William Paul Slough, Esq.

**IT IS SO ORDERED.**



Scott W. Dales
United States Bankruptcy Judge

**Dated: June 08, 2009**